No. 608. SPRUILL v. BALLARD ET AL. 293 U. S. 625. February 4, 1935. Petition for rehearing denied.

No. 609. SPRUILL v. SUPREME COURT, DISTRICT OF COLUMBIA. 293 U. S. 625. February 4, 1935. Petition for rehearing denied.

No. 637. SPRUILL v. O'TOOLE ET AL. *Ante,* p. 707. February 4, 1935. Petition for rehearing denied.

No. —, original. EX PARTE MOONEY. *Ante,* p. 103. February 11, 1935. Petition for rehearing denied.

No. 69. FOX v. STANDARD OIL CO. *Ante,* p. 87. February 11, 1935. Petition for rehearing denied.

No. 573. DAVIS v. JEFFERSON STANDARD LIFE INSURANCE CO. *Ante,* p. 706. February 11, 1935. Petition for rehearing denied.

No. 249. MCCREA v. UNITED STATES. *Ante,* p. 23. See *ante,* p. 382.

No. —, original. EX PARTE CALLAHAN. *Ante,* p. 693. February 18, 1935. Petition for rehearing denied.

No. 102. SMITH v. SNOW ET AL. *Ante,* p. 1. February 18, 1935. Petition for rehearing denied.

No. 208. WAXHAM v. SMITH ET AL. *Ante,* p. 20. February 18, 1935. Petition for rehearing denied.